IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01062-WYD-CBS

SFR VENTURE 2011-1, LLC a Delaware Limited Liability Company,

      Plaintiff,

v.

MSR LLC, I, a Colorado limited liability company;
MALIREDDY S. REDDY, individually; and
SYAMA S. REDDY, individually,

      Defendants.

---

## ORDER OF REMAND

---

THIS MATTER is before the Court on the parties' Stipulated Motion to Remand

filed April 30, 2012.  By way of background, Defendants filed a Notice of Removal on

April 19, 2012, removing this case from state court to this Court.  The Stipulated Motion

states that the parties now agree that this case is properly tried in state court.

Accordingly, it is

ORDERED that the Stipulated Motion to Remand (ECF No. 8) is **GRANTED**.

The Clerk of Court shall **REMAND** this case to the Arapahoe County District Court,

State of Colorado.

      Dated:  April 30, 2012

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Chief United States District Judge